816

No. 75–1073. PENNSYLVANIA *v.* MacDONALD. Sup. Ct. Pa. Certiorari denied.

No. 75–1258. BLACKIE ET AL. *v.* BARRACK ET AL.;
No. 75–1300. TOUCHE ROSS & CO. *v.* BARRACK ET AL.; and
No. 75–1314. ROBERTS ET AL. *v.* BARRACK ET AL. C. A. 9th Cir. Certiorari denied.

No. 75–1303. QANTAS AIRWAYS LTD. *v.* FOREMOST INTERNATIONAL TOURS, INC. C. A. 9th Cir. Certiorari denied.

No. 75–1357. CALIFORNIA *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF MONO (ZOLNAY ET AL., REAL PARTIES IN INTEREST). Sup. Ct. Cal. Certiorari denied.

No. 75–1373. IRVING *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 75–1392. WELCH *v.* WELCH, AKA CONFER. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 75–1415. McGUIRE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–1423. KENTUCKY UTILITIES CO. *v.* FEDERAL POWER COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 75–1424. CIOVACCO *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 75–1444. JOYCE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.